## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 571 MAL 2018

              Respondent              :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

              v.                     :

                                     :

NAPHEACE JAMAL COOPER-REID,    :

                                     :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 28th day of Decemnber, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity, is:

> Where a prosecutor's conduct causes a mistrial, and a defendant subsequently moves to bar retrial on double jeopardy grounds, what standard of review should a reviewing court apply to the trial court's factual finding regarding the prosecutor's intent?